CLOSED, MDL, TRIAL-LINCOLN

# U.S. District Court
# District of Nebraska (4 Lincoln)
# CIVIL DOCKET FOR CASE #: 4:08-cv-03163-WKU-DLP
# Internal Use Only

Goldenstein et al v. C.R. Bard et al
Assigned to: Senior Judge Warren K. Urbom
Referred to: Magistrate Judge David L. Piester
Case in other court: District Court of Adams County, CI08-437
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/31/2008
Date Terminated: 09/04/2008
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Elaine B. Goldenstein** represented by **Christopher P. Welsh**
WELSH, WELSH LAW FIRM
9290 West Dodge Road
100 The Mark
Omaha, NE 68114
(402) 384-8160
Fax: (402) 384-8211
Email: cwelsh@welsh-law.com
*ATTORNEY TO BE NOTICED*

**James R. Welsh**
WELSH, WELSH LAW FIRM
9290 West Dodge Road
100 The Mark
Omaha, NE 68114
(402) 384-8160
Fax: (402) 384-8211
Email: jwelsh@welsh-law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard R. Goldenstein** represented by **Christopher P. Welsh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Welsh**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **C.R Bard**<br>*Inc.* | represented by | **Aaron A. Clark**<br>MCGRATH, NORTH LAW FIRM<br>1601 Dodge Street<br>Suite 3700, First National Tower<br>Omaha, NE 68102-1627<br>(402) 341-3070<br>Fax: (402) 341-0216<br>Email: aclark@mcgrathnorth.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Kirby T. Griffis**<br>SPRIGGS, HOLLINGSWORTH LAW FIRM<br>1350 I Street, NW<br>Washington, DC 20005<br>(202) 898-5800<br>Fax: (202) 682-1639<br>*TERMINATED: 08/15/2008* |

**Defendant**

| | | |
|---|---|---|
| **Davol**<br>*Inc.* | represented by | **Aaron A. Clark**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Kirby T. Griffis**<br>(See above for address)<br>*TERMINATED: 08/15/2008* |

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 07/31/2008 | 1 | ☐ | NOTICE OF REMOVAL against Elaine B. Goldenstein, Leonard R. Goldenstein from Adams County District Court, Case number CI08-434 ( Filing fee $ 350, receipt number 08670000000001258448) with attached state court pleadings, by Attorney Aaron A. Clark on behalf of C.R. Bard, Inc., Davol, Inc. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E) (Clark, Aaron) (Entered: 07/31/2008) |
| 07/31/2008 | 2 | | TEXT NOTICE OF JUDGES ASSIGNED: Senior Judge Warren K. Urbom and Magistrate Judge David L. Piester assigned. (SDA, ) (Entered: 07/31/2008) |
| 07/31/2008 | | | (Court only) ***Attorney Kirby T. Griffis for C.R Bard and Davol added per Notice of Removal. (KBJ) (Entered: 08/04/2008) |
| 08/01/2008 | | | (Court only) ***Set TRIAL-LINCOLN Flags (KBJ) (Entered: |

| | | | |
|---|---|---|---|
| | | | 08/01/2008) |
| 08/01/2008 | 3 | | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Defendants C.R Bard, Davol. Pursuant to Fed. R. Civ. P. 7.1, non-governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires. (KBJ, ) (Entered: 08/01/2008) |
| 08/01/2008 | | | (Court only) ***Attorney James R. Welsh for Elaine B. Goldenstein and Leonard R. Goldenstein added. (KBJ, ) (Entered: 08/01/2008) |
| 08/01/2008 | 4 | | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 *for C.R. Bard, Inc.* by Attorney Aaron A. Clark on behalf of Defendants C.R Bard, Davol.(Clark, Aaron) (Entered: 08/01/2008) |
| 08/01/2008 | 5 | | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent C.R. Bard, Inc. for Davol. by Attorney Aaron A. Clark on behalf of Defendants C.R Bard, Davol, C.R. Bard, Inc..(Clark, Aaron) (Entered: 08/01/2008) |
| 08/04/2008 | 6 | | ATTORNEY LETTER by Clerk that Attorney Mr. Kirby T. Griffis has not registered for admittance to practice nor registered for the system. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (KBJ) (Entered: 08/04/2008) |
| 08/04/2008 | 7 | | LETTER by Clerk sending a certified copy of the Notice of Removal, 1 along with certified copy of docket sheet to Multidistrict Litigation Clerk's Office. (GJG, ) (Entered: 08/04/2008) |
| 08/07/2008 | 8 | | *Defendants'* ANSWER to Complaint with jury demand by Attorney Aaron A. Clark on behalf of Defendants C.R Bard, Davol (Clark, Aaron) (Entered: 08/07/2008) |
| 08/08/2008 | 9 | | SCHEDULING PACKET Rule 26 Meeting Report Deadline set for 9/12/2008.Ordered by Magistrate Judge David L. Piester. (CCB) (Entered: 08/08/2008) |
| 08/13/2008 | 10 | | MOTION to Withdraw as Attorney *(Kirby T. Griffis)* by Attorney Aaron A. Clark on behalf of Defendants C.R Bard, Davol.(Clark, Aaron) (Entered: 08/13/2008) |
| | | | |

| | | | |
|---|---|---|---|
| 08/15/2008 | 11 | | ORDER granting 10 Motion to Withdraw as Attorney. Kirby T. Griffis and the firm Spriggs & Hollingsworth are withdrawn as counsel of record for defendants. Ordered by Magistrate Judge David L. Piester. (JAB) (Entered: 08/15/2008) |
| 09/02/2008 | 12 | | COPY OF CONDITIONAL TRANSFER ORDER from Multidistrict Litigation Panel, Docket No. 1842, CTO-27, In Re: Kugel Mesh Hernia Patch Products Liability Litigation; case will be transferred to USDC-Rhode Island. (Attachments: # 1 Cover letter)(JAB) (Entered: 09/02/2008) |
| 09/04/2008 | 13 | | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER from Multidistrict Litigation Panel, Docket No. 1842, CTO-27, In Re: Kugel Mesh Hernia Patch Products Liability Litigation; case is transferred to USDC-Rhode Island. (Attachments: # 1 E-mail from Clerk)(Documents e-mailed as directed)(JAB) (Entered: 09/04/2008) |
| 09/04/2008 | | | (Court only) ***Civil Case Terminated. (JAB) (Entered: 09/04/2008) |

View Selected
or
Download Selected